UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
SHARON GREENBERG, ANN MARIE UCINSKI,
ROBYN LYNNE BROOKER, and MARY-ELLEN
KELLY,

                    Plaintiffs,

-against-

THE ABBOTT LABORATORIES, et al.,

                    Defendants.
------------------------------------x

Case No. 09-CV-0342

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE WITH REGARD TO SHARON GREENBERG**

**IT IS HEREBY STIPULATED** by the undersigned, the attorneys of record in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, all claims of **SHARON GREENBERG** in the above-entitled action are dismissed as to **MERCK SHARP & DOHME CORP.** with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
January ____, 2012

LEVIN, FISHBEIN, SEDRAN & BERMAN

By: _____
    Michael M. Weinkowitz

510 Walnut Street, Suite 500
Philadelphia, PA 19106
(212) 592-1500

Attorneys for Plaintiff
Sharon Greenberg

HUGHES HUBBARD & REED LLP

By: _____
    Beatrice A. Hamza Bassey

One Battery Park Plaza
New York, New York 10004
(212) 837-6778

Attorneys for Defendant Merck Sharp & Dohme Corp.

AUG 0 2 2012

SO-ORDERED this ____ Day of ____, 2012
s/ ENV

_____
U.S.D.C.J.